**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DEMBA KORERA,

      Petitioner,

v.

WARDEN, FEDERAL DETENTION
CENTER, PHILADELPHIA, et. al.,

      Respondents.

CIVIL ACTION
NO. 26-859

## **ORDER**

    **AND NOW**, this 26th day of March 2026, upon receipt of the Joint Status Report that the

Petitioner was given a bond hearing (Doc. No. 6), it is **ORDERED** that the Clerk of Court shall

close this case for statistical purposes.

        BY THE COURT:

        /s/ Joel H. Slomsky
        _____
        JOEL H. SLOMSKY, J.